UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LARRY T. FRYE, SR. AND VELETTA FRYE, <br>     Plaintiffs, <br><br> vs. <br><br> MEDCOMP, INC., <br>     Defendant. | ) <br> ) <br> ) <br> )    1:06-cv-1635-SEB-VSS <br> ) <br> ) <br> ) |

## JUDGMENT

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendant and against Plaintiffs. Each party shall bear its own costs. IT IS SO ORDERED.

Date: 01/24/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Daniel M. Long
LOCKE REYNOLDS LLP
dlong@locke.com

Leslie Brooke Morse
LOCKE REYNOLDS LLP
lmorse@locke.com

Randall R. Riggs
LOCKE REYNOLDS LLP
rriggs@locke.com

Cynthia S. Rose
BAXTER JAMES & ROSE
csr@bjrlegal.com